**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BRITTANY BAKER | § | |
| | § | |
| vs. | § | CASE NO. 2:08-CV-406-DF-CE |
| | § | |
| ONALASKA INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

## ORDER

      The above-titled and numbered civil action was referred to United States Magistrate Judge

Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 24),

which contains his recommendation that the court deny as moot the defendant Onalaska Independent

School District's ("OISD") supplemental motion to dismiss (Dkt. No. 12), has been presented for

consideration. No objections were filed to the report and recommendation. The court is of the

opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its

entirety, the report of the United States Magistrate Judge as the conclusions of this court.

Accordingly, OISD's supplemental motion to dismiss is DENIED as moot.

      **SIGNED this 15th day of July, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE